# United States Court of Appeals
## For the First Circuit

Nos. 14-1514, 14-1515, 14-1516

UNITED STATES OF AMERICA,

Appellee,

v.

ANGEL ABNER BETANCOURT-PÉREZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 10, 2016 is amended as follows:

On page 4, footnote 4, line 3, change "1" to "I"

On page 5, line 13, change "1" to "I"